FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 11 2020   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

LONG ISLAND GAME FARM, INC.

Defendant.

Case No.: 2:19-cv-05557-SJF-ARL

**NOTICE OF VOLUNTARY DISCONTINUANCE**

Plaintiff(s), JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against LONG ISLAND GAME FARM, INC. with prejudice and without fees and costs.

Dated: Melville, NY
March 11, 2020

LAW OFFICE OF DARRYN G. SOLOTOFF PLLC

Darryn G. Solotoff (DS-8117)
Attorney for Plaintiff(s)
25 Melville Park Road, Suite 108
Phone: 516.695.0052
ds@lawsolo.net

*The case is closed. All conferences are cancelled*

SO ORDERED

s/ Sandra J. Feuerstein
United States District Court Judge  3/11/20